UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY FORRESTER,<br>          Plaintiff<br><br>-against-<br><br>NATIONAL VOLUNTARY ORGANIZATIONS ACTIVE IN DISASTER, INC., MICHAEL MANNING, in his individual capacity and as Chair of NATIONAL VOLUNTARY ORGANIZATIONS ACTIVE IN DISASTER, INC., MARK J. SMITH, in his individual capacity, and WARREN MILLER, in his individual capacity,<br>          Defendants. | **Civil Action No. 21-cv-422**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney hereby enters his appearance in the above-referenced action on behalf of Plaintiff Gregory Forrester. The undersigned attorney hereby certifies that he is admitted to practice in this Court.

Dated: New York, New York
       January 21, 2021

                                              Respectfully Submitted,

                                              Meenan & Associates, LLC
                                              *Attorneys for Plaintiff*
                                              200 Broadway, Suite 1310
                                              New York, New York 10007
                                              Ph: (212) 226-7334
                                              Email: amb@meenanesqs.com

                                              By: _____
                                                     Adam M. Birnbaum
                                                     (5073754)