

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, NY  11747

Daniel Gomez-Sanchez
631.247.4713 direct
631.247.4700 main
631.824.9249 fax
dsgomez@littler.com

January 25, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Forrester v. National Voluntary Organizations Active in Disaster, Inc., et al.,*
             Case No. 21-CV-00422(JGK)

Dear Judge Koeltl:

This firm represents Defendants National Voluntary Organizations Active in Disaster, Inc. ("NVOAD"), Michael Manning ("Manning"), Mark J. Smith ("Smith"), and Warren Miller ("Miller") (collectively, "Defendants") in the above-referenced action.  Defendants respectfully write to request a 30-day extension of time to respond to the Complaint.  Plaintiff does not consent to this request because Defendants will not waive their defenses regarding deficient service of process.

Plaintiff, Defendant NVOAD's former Chief Executive Officer and President, brings causes of action under the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101, *et seq.*, and common law, alleging employment discrimination, retaliation, and tortious interference by Defendants.[1]  The Complaint specifically contends, in part, that Defendants collaborated to terminate Plaintiff's employment after he discussed his "white privilege" during a presentation.

At the outset, Defendants intend to move for dismissal of the Complaint for lack of personal jurisdiction.  For example, as referenced above and further explained in Defendants' Notice of Removal, Plaintiff failed to properly serve the Summons and Complaint on Defendants NVOAD and Manning.  *See* Notice of Removal, ECF Dkt. No. 1, ¶¶ 7-10.  Defendants further dispute the narrative presented in the Complaint, which in any event, fails to state a cause of action.

---

[1] Defendants removed this action to federal court on the basis of diversity jurisdiction.  *See* ECF Dkt. No. 1.

Hon. John G. Koeltl
United States District Judge
January 25, 2021
Page 2

Defendants will require additional time to continue examining the jurisdictional and legal issues, interviewing witnesses and gathering preliminary document in order to prepare an appropriate response to the Complaint.

Accordingly, Defendants respectfully request that the Court grant them a 30-day extension of time to respond to the Complaint.

Respectfully submitted,

Littler Mendelson, P.C.

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:     All Counsel of Record (via ECF)


4821-7512-3417.1