```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

GREGORY FORRESTER,

               Plaintiff,

                                    21-cv-422 (JGK)

    - against -

                                    ORDER

NATIONAL VOLUNTARY ORGANIZATIONS
ACTIVE IN DISASTR, INC., ET AL.,

              Defendants.

───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    All defendants should move or answer by April 9, 2021. If the defendants file a motion, the time for plaintiff to respond is April 30, 2021, and the time for any reply is May 14, 2021 The case is stayed pending any decisions on any motions to dismiss. The clerk is directed to close Docket No. 7.

**SO ORDERED.**

**Dated:**    New York, New York
            February 16, 2021

                                         /s/ John G. Koeltl
                                             John G. Koeltl
                              United States District Judge