UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY FORRESTER,<br><br>Plaintiff,<br><br>-against-<br><br>NATIONAL VOLUNTARY ORGANIZATIONS ACTIVE IN DISASTER, INC., MICHAEL MANNING, MARK J. SMITH, and WARREN MILLER<br><br>Defendants. | **DECLARATION OF WARREN MILLER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Case No. 1:21-cv-00422-JGK |

I, **WARREN MILLER**, hereby declare and state, under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I serve as a member of the Board of Directors for National Voluntary Organizations Active in Disaster, Inc. ("NVOAD"). I am also the National Disaster Field Coordinator for the National Baptist Convention, USA, Inc. *See* Compl. ¶ 17. I submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiff's Complaint. I am fully familiar with the facts set forth below.

2. I maintain my residence in Madison County, Mississippi. *See* Compl. ¶ 16. I have never resided or owned any property in the State of New York. I have not personally conducted any business in the State of New York. I also have not traveled to New York in my capacity as an executive of NVOAD or for my personal benefit.

3. NVOAD is a coalition that provides a forum promoting cooperation, communication, coordination, and collaboration; and fosters more effective delivery of services to communities affected by disasters. NVOAD has fifty-six state and territorial members.

4. I previously served as President of Mississippi Voluntary Organizations Active in Disaster, which is one of the fifty-six state/territorial members of NVOAD. *See* Compl. ¶ 18.

5. The local NVOAD members are focused on providing and coordinating disaster-related services in their respective region. They do not perform business on behalf of NVOAD. To my knowledge, each of these members have their own management, employees, and volunteers that are separate from the national organization. NVOAD does not exercise any control over the local members.

6. On June 23, 2020, I sent an email to Plaintiff stating that his use of the phrase "My White Privilege" was "disrespectful, offensive, and very insensitive." *See* Compl. ¶ 53.

7. I am African American and I felt that the way Plaintiff used this phrase showed his "failure to understand cultural and racial sensitivity." *See* Compl. ¶ 54.

Executed on this 9 day of April, 2021.

_____
Warren Miller