UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY FORRESTER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NATIONAL VOLUNTARY ORGANIZATIONS ACTIVE IN DISASTER, INC., MICHAEL MANNING, MARK J. SMITH, and WARREN MILLER,<br><br>                    Defendants. | Civil Action 1:21-cv-00422-JGK<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that the undersigned hereby appears as counsel on behalf of Defendants National Voluntary Organizations Active in Disaster, Inc., Michael Manning,  Mark J. Smith, and Warren Miller (collectively "Defendants") in the above-captioned action.  Contact information for the undersigned counsel for Defendants is as follows:

Lauren E. Schwartzreich
Littler Mendelson, P.C.
1900 Sixteenth Street – Suite 800
Denver, CO 80202
212.497.6851
LSchwartzreich@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: Denver, Colorado
          July 27, 2021

                                        */s/ Lauren E. Schwartzreich*
                                        Lauren E. Schwartzreich
                                        LITTLER MENDELSON, P.C.
                                        1900 Sixteenth Street – Suite 800
                                        Denver, CO 80202
                                        212.497.6851

                                        *Attorneys for Defendants*