UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY FORRESTER,

             Plaintiff,

- against -

NATIONAL VOLUNTARY ORGANIZATIONS
ACTIVE IN DISASTER, INC., ET AL.,

             Defendants.

21-cv-422 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court will hold oral argument on the defendants' motion to dismiss on October 15, 2021 at 2:30 p.m. The parties may access the oral argument using the following dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           October 4, 2021

                                        John G. Koeltl
                                  United States District Judge