

**Meenan & Associates, LLC**
Attorneys At Law

**By ECF**

November 2, 2021

Honorable John G. Koeltl
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.

11/2/21

Re:   *Forrester v. National Voluntary Organizations Active in Disaster, Inc.*
      Civil Action No. 1:21-cv-00422 (JGK)(GWG)

Dear Judge Koeltl:

This firm represents Plaintiff Gregory Forrester, in the above-referenced employment action, and I write to request a thirty (30) day extension of the Court's current November 5, 2021 deadline for the Plaintiff to file an amended complaint. [Dkt # 43]. This request is deemed necessary because Mr. Forrester has not had an opportunity to review the Court's recorded decision as our office has been unable to obtain a copy of the transcript. Although an expedited transcript was promptly requested by our office from the Southern District Court reporting service, we have been advised the reporter is backed up and as of this date we have been unable to obtain a copy.

For these reasons, Plaintiff is requesting that this Court extend until December 6, 2021 his time to file an amended complaint. Defense counsel Daniel Gomez-Sanchez has consented to this request.

We thank the Court for its consideration and courtesies.

Yours truly,

*[signature]*

COLLEEN M. MEENAN
CMM:cm

Cc:   Daniel Gomez-Sanchez, Esq. (*by email*)
      Adriana Hope Foreman, Esq. (*by email*)

299 Broadway, Suite #1310, New York, NY 10007 • Phone (212) 226-7334 • Fax (212) 226-7716 •
www.meenanesqs.com