November 4, 2021

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**VIA ECF ONLY**

Re:   <u>Forrester v. National Voluntary Organizations Active in Disaster, Inc. et al</u>, Docket No. 1:21-cv-00422-JGK-GWG

Dear Judge Koeltl,

As you may recall, I previously appeared for the Plaintiff Gregory Forrester in the above-captioned case. I respectfully request that my representation of Mr. Forrester be terminated. As a basis therefore, I state that I am no longer associated with Meenan & Associates LLC, the firm which represents Mr. Forrester, and that other attorneys from said firm have appeared on his behalf, ensuring that the Plaintiff will continue to be represented.

Respectfully,

*/s/ Adam M. Birnbaum*
Adam M. Birnbaum, Esq.

APPLICATION GRANTED
SO ORDERED

11/5/21

John G. Koeltl, U.S.D.J.